# UNITED STATES DISTRICT COURT
for the

MIDDLE District of TENNESSEE

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 12-2109 MK |
| | ) | | |
| WILLIAM GROBOSKI | ) | | |
| *Defendant* | ) | | |

**ORDER SCHEDULING A DETENTION HEARING**

A *preliminary and* detention hearing in this case is scheduled as follows:

| Place: | U.S. District Court<br>801 Broadway<br>Nashville, TN 37203 | Courtroom No.: | 661 |
|---|---|---|---|
| | | Date and Time: | 11/21/12 at 10:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Nov. 16, 2012

*Judge's signature*

E. CLIFTON KNOWLES, US Magistrate Judge

*Printed name and title*