UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00221 |
| | ) | JUDGE CAMPBELL |
| WILLIAM GROBOSKI | ) | |

ORDER

Pending before the Court is the Defendant's Motion To Stay Scheduling Order Deadlines, Request For Status Conference And For Such General And Further Relief As Is Appropriate Including Dismissal Of The Indictment (Docket No. 32). The Government shall file a response to the Motion on or before April 16, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE