UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00221 |
| | ) | JUDGE CAMPBELL |
| WILLIAM GROBOSKI | ) | |

## ORDER

Pending before the Court is the Government's Motion To Dismiss Indictment (Docket No. 34). The Motion is GRANTED. Accordingly, the Indictment is DISMISSED without prejudice.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE